# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00140-RLV-DSC

| | |
|---|---|
| **CELESTE ORR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **CENTREX PLASTICS, LLC,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Consent Motion for Stay of Mandatory 26(f) Initial Attorney's Conference" (document # 11) filed December 4, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>. The requirement for the parties to consult and hold an Initial Attorney's Conference is **STAYED** until the following occurs:

1. In the event Plaintiff does not file an amended complaint, and Defendant does not file a motion to amend its Answer to include a counterclaim, or does not otherwise assert a counterclaim, the deadline to complete an Initial Attorney's Conference be extended to December 20, 2013.

2. In the event Plaintiff files its amended complaint, and Defendant files an answer, but does not file a counterclaim, the deadline to complete an Initial Attorney's Conference be extended to fourteen days after the date of filing of Defendant's Answer to Plaintiff's amended complaint.

3. In the event Defendant also files a counterclaim with its answer, the deadline to complete an Initial Attorney's Conference shall be extended to fourteen days after the date of filing of Plaintiff's Reply.

The requirement that the parties present a Certification of Initial Attorney's Conference is **STAYED** until seven days after the applicable deadline as expressed above.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: December 5, 2013

David S. Cayer
United States Magistrate Judge