**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**Case No. 5:13-cv-140-RLV-DSC**

| | | |
|---|---|---|
| CELESTE ORR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CENTREX PLASTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on the "Motion to Intervene by Nicholas Reinhart" (document #19). Reinhart seeks to intervene to assert a third party claim against Plaintiff. On May 1, 2014, Plaintiff filed her "Notice of Non-Opposition to Motion to Intervene …" (document #21).

For this reason and the other reasons stated therein, the "Motion to Intervene by Nicholas Reinhart" (document #19) is **GRANTED**. Reinhart shall file his Third Party Complaint within ten days of this Order.

**SO ORDERED**.

Signed: May 5, 2014

David S. Cayer
United States Magistrate Judge